AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

U.S. DISTRICT COURT - N.D. OF N.Y.
F I L E D
JUL 24 2025
AT____ O'CLOCK
John M. Domurad, Clerk - Plattsburgh

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) |
| RIOS GARCIA, Misael | ) Case No. 8:25-MJ-215 (GLF) |
| | ) |
| Defendant. | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 22, 2025, in the county of Saint Lawrence in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | In that the defendant, an alien, after having been removed from the United States, was thereafter found in the United States without having obtained the express consent of the Secretary of the Department of Homeland Security or his successor for the reapplication for admission into the United States. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

*Devin Stallings*

*Complainant's signature*

U.S. Border Patrol Agent Devin Stallings

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: July 24, 2025

*Judge's signature*

City and State: Plattsburgh, NY        Hon. Gary L. Favro, U.S. Magistrate Judge

*Printed name and title*

This criminal complaint is based on these facts:

On July 22, 2025, Border Patrol Agents (BPA) responded to a call to backup St. Lawrence County Sherriff's Office Deputies in Potsdam, New York. The Deputies had performed traffic stop on a vehicle containing seven passengers for a violation of New York Vehicle and Traffic Laws.

Upon arrival, a BPA conducted an immigration field interview on the occupants of a vehicle. BPAs identified themselves as Border Patrol Agents and questioned the subjects concerning their citizenship. During the immigration interview with one of the passengers, later identified as RIOS GARCIA, Misael, BPA discovered did not possess and could not provide any immigration documents allowing him to be in the United States legally. The BPA questioned RIOS about which country he was a citizen, and RIOS admitted he was a citizen of Mexico and was illegally in the United States.

Agents transported the apprehended subjects to the Ogdensburg Border Patrol station for further processing.

At the Ogdensburg station, RIOS's fingerprints were run through IDENT/IAFIS fingerprinting system revealing that RIOS was previously administratively deported on November 4, 2015, through Hidalgo, Texas. He re-entered the United States on November 11, 2015, and was admiratively deported and physically deported the United States on November 14, 2015, through Hidalgo, Texas.

RIOS has not received the express permission of the Attorney General or his successor, the Secretary of the Department of Homeland Security, to apply for readmission.